**Cedric D. JACOBS, Plaintiff-Appellant,**

v.

**UNITED PARCEL SERVICE, INC., Defendant-Appellee.**

**No. 16-2401**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2017

Decided: May 9, 2017

**230**

Cedric D. Jacobs, Appellant Pro Se. Alexandra Garrison Barnett, Glenn G. Patton, ALSTON & BIRD, LLP, Atlanta, Georgia; Susan Ballantine Molony, ALSTON & BIRD, LLP, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, WYNN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric D. Jacobs appeals the district court's order granting the Defendant's motion for summary judgment in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jacobs v. United Parcel Service, Inc.*, No. 3:15-cv-00381-GCM, 2016 WL 8192993 (W.D.N.C. Dec. 5, 2016). We grant Jacobs leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*